Statement of Facts

On December 29, 2025, at approximately 3:00 PM, your affiant, United States Marshals Service (USMS) Deputy Kfir Gamliel located Rocky Lee BROWN at ▮▮▮▮▮▮▮▮▮▮. BROWN had an active warrant for his arrest out of the United States District Court for the District of Maryland, Case No. 25-mj-2969.

Your affiant placed BROWN under arrest for his active warrant and requested assistance from the Metropolitan Police Department (MPD) for transport and process. MPD Officer Michael Carter ("Officer Carter") responded to the scene and conducted a search incident to arrest of BROWN. Officer Carter recovered a firearm from inside BROWN's inner left jacket pocket. *See* Figure 1.



*Figure 1: Still shot from Officer Carter's body worn camera depicting the recovery of the firearm.*

The recovered firearm was later determined to be an SCCY CPX-1 9mm handgun, bearing serial number 850903. The firearm contained nine rounds of 9mm ammunition in the magazine and one round in the chamber.

BROWN's identity was confirmed, and it was confirmed that BROWN did not have a license to carry a firearm in the District of Columbia. A criminal history check showed that BROWN was previously convicted in D.C. Superior Court case number 2003 FEL 7087 of Second-Degree Murder. On May 5, 2006, BROWN was sentenced to 25 years of incarceration.

Accordingly, BROWN would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Rocky Lee BROWN with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

_____
Deputy, Kfir Gamliel (Badge # 31821)
United States Marshals Service

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on January 2, 2026.

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE